UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MID-CONTINENT CASUALTY
COMPANY,

    Plaintiff,

v.                                       Case No.  8:10-cv-1933-T-30TBM

MANDALAY HOLMES, INC. and
JOAN PATTERSON,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Unopposed Notice of Voluntary Dismissal Without Prejudice (Dkt. #19).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 25, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1933.dismiss 19.wpd